# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jane Doe

                              Plaintiff,

v.                                              Case No.: 1:23–cv–04837
                                                Honorable Mary M. Rowland

Stephan Shaw, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 19, 2023:

          MINUTE entry before the Honorable Mary M. Rowland: Telephonic motion
hearing held. Parties appeared telephonically. Plaintiff's motion for leave to proceed
anonymously [11] is granted, without objection. Plaintiff has filed an amended complaint.
Defendant shall answer or otherwise plead by 10/3/23. Joint initial status report remains
due on 10/24/23. [4] Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.