# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jane Doe
                        Plaintiff,

v.                                                Case No.: 1:23–cv–04837
                                                     Honorable Mary M. Rowland

Stephan Shaw, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 12, 2023:

      MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's unopposed motion to file second amended complaint [21] is granted. Plaintiff shall file the Second amended Complaint as a separate docket entry by 10/13/23. Defendants to answer or otherwise plead by 11/3/23. Defendant City of Chicago's motion to dismiss [18] is denied without prejudice. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.