IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 2023-CV-4837 |
| | ) | |
| v. | ) | |
| | ) | Judge Mary M. Rowland |
| STEPHAN SHAW AND CITY OF CHICAGO, | ) | |
| | ) | Magistrate Judge Sheila E. Finnegan |
| | ) | |
| Defendants. | ) | |

## CITY OF CHICAGO'S *UNOPPOSED* MOTION TO FILE AN ENLARGED BRIEF

NOW COMES Defendant City of Chicago ("City"), by and through one of its attorneys, Leslie Wiesen, Assistant Corporation Counsel for the City of Chicago, and for its Unopposed Motion to File an Enlarged Brief, states as follows:

1. Plaintiff has filed a 29-page Second Amended Complaint ("SAC") that includes a number of claims against the City, including a *Monell* claim. Doc. 23.

2. The page limit for any motion to dismiss the City filed with respect to the SAC is governed by the Northern District of Illinois Local Rule 7.1, which dictates that, absent prior approval of this Court, no motion shall exceed 15 pages in length.

3. The City has been working diligently on its motion to dismiss, due November 3, 2023.

4. Here, the City seeks leave to file an enlarged brief in support of a motion to dismiss the SAC of five (5) extra pages in excess of the 15-page limit per local rule and this Court's standing order. In other word, the City seeks leave to file an enlarged brief in support of a motion to dismiss the SAC of up to 20 pages in length.

5. The City's request for an enlarged brief of five (5) extra pages in support of a motion to

1

dismiss the SAC is warranted because the SAC includes substantial additional allegations and substance across its 154 paragraphs and 29 pages, which the City requires additional and adequate pages to address.

6. This motion is being filed in good faith and not for the purpose of unduly delay but to allow the City the necessary amount of pages to answer or otherwise plead to the SAC. No party will be prejudiced by granting the relief sought in this motion.

7. Counsel for the City has communicated with Plaintiff's counsel regarding the relief sought in this motion. Plaintiff has no objection to the relief sought in this motion.

WHEREFORE, Defendant City of Chicago respectfully requests this Court grant this motion and enter an order granting Defendant City of Chicago leave to file an enlarged motion to dismiss Plaintiff's SAC of five (5) extra pages in excess of the 15-page limit and any other relief this Court deems just and necessary.

Dated: November 2, 2023

Respectfully Submitted,

On behalf of Defendant CITY OF CHICAGO

*/s/ Leslie Wiesen*
Leslie Wiesen
Assistant Corporation Counsel

Raoul Vertick Mowatt, Assistant Corporation Counsel Supervisor
William Cook, Assistant Corporation Counsel
Leslie Wiesen, Assistant Corporation Counsel
City of Chicago Department of Law
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
Phone: 312-742-1842 (Wiesen)
Raoul.mowatt@cityofchicago.org
William.cook@cityofchicago.org
Leslie.wiesen@cityofchicago.org
Counsel for Defendant City of Chicago