# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jane Doe

                    Plaintiff,

v.                                         Case No.: 1:23–cv–04837
                                                      Honorable Mary M. Rowland

Stephan Shaw, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 19, 2023:

        MINUTE entry before the Honorable Mary M. Rowland: Defendant City of Chicago's unopposed motion for entry of confidentiality protective order [36] is granted. Enter AGREED CONFIDENTIALITY PROTECTIVE ORDER. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.