**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jane Doe
    Plaintiff,

v.
            Case No.: 1:23–cv–04837
            Honorable Mary M. Rowland

Stephan Shaw, et al.

    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 2, 2026:

  MINUTE entry before the Honorable Mary M. Rowland: The Court is in receipt of the parties' stipulation of dismissal. [95]. Pursuant to Rule 41(a)(1)(A)(ii), this case is dismissed without prejudice. Dismissal will automatically convert to dismissal with prejudice 75 days from the entry of this order, unless a party have moved to extend that date prior to expiration. Each side to bear its own costs. All deadlines are vacated. All pending motions [84][87][88] are denied as moot. Civil case terminated. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.